1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

ASANTE, et al.,

10

       Plaintiffs,                           No. C 10-01236 JSW

11

   v.

12

DAVID MAXWELL-JOLLY, in his official     **ORDER SETTING BRIEFING**
capacity as Director of the California         **SCHEDULE**
13
Department of Health Care Services,

14

       Defendant.

                                  /

15
16

     This matter is set for a hearing on June 25, 2010 on the motion for preliminary

17

injunction filed by Plaintiffs and the motion to intervene filed by California Hospital

18

Association.  The Court HEREBY ORDERS that oppositions to these motions shall be filed by

19

no later than April 30, 2010 and reply briefs shall be filed by no later than May 7, 2010.  If the

20

Court grants the motion to intervene, the Court will provide an opportunity to the California

21

Hospital Association to file an opposition to the motion for preliminary injunction.

22

     If the Court determines that these motions are suitable for resolution without oral

23

argument, it will so advise the parties in advance of the hearing date.  If the parties wish to

24

///

25

///

26

///

27

///

28

///

*United States District Court*
For the Northern District of California

modify this schedule, they may submit for the Court's consideration a stipulation and proposed

order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 16, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28