IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASANTE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID MAXWELL-JOLLY, in his official capacity as Director of the California Department of Health Care Services,<br><br>    Defendant. | No. C 10-01236 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE REGARDING MOTION TO DISMISS** |

This matter is set for a hearing on June 25, 2010 on Defendant's motion to dismiss. The Court HEREBY ORDERS that an opposition to this motion shall be filed by no later than May 12, 2010 and a reply, if any, shall be filed by no later than May 19, 2010.

If the Court determines that this motion is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 28, 2010

                                         JEFFREY S. WHITE<br>
                                         UNITED STATES DISTRICT JUDGE